UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

--------------------------------

Willie Saddler Bey,

Plaintiff,

vs.

Brooklyn Center Hotel, Ltd.,
Holiday Inns, Inc., and
Remington Employers' Management
Corporation, all d/b/a
Holiday Inn North,

Defendants.

--------------------------------

Case No. 00-CV-458 DWF/AJB

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff, Willie Saddler Bey, and Defendant, Holiday Inns, Inc., through their respective undersigned attorneys, that Defendant Holiday Inns, Inc. is dismissed without prejudice from the above-entitled action without costs or disbursements to any party, and that a judgment of dismissal without prejudice may be entered in the above-entitled action. Defendant Holiday Inns, Inc. hereby waives any applicable statutes of limitation up through and including such date as this Court designates as the final date for adding new parties to this case.

APR 18 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

BABCOCK, NEILSON, MANNELLA,
LAFLEUR & KLINT, P.L.L.P.

Dated 4/17/00

By: ______________________
Barbara A. McFadden, #277927
Attorneys for Plaintiff
118 East Main Street
Anoka, MN 55303
(612) 421-5151

STOKES & MURPHY, P.C.

Dated 4/10/00

By: ______________________
Anne-Marie Mizel
Attorneys for Defendant,
Holiday Inns, Inc.
3593 Hemphill Street
College Park, GA 30337

Pursuant to the above stipulation by the parties, Defendant Holiday Inns, Inc. is hereby dismissed from this action without prejudice and without costs or disbursements to either party.

**BY THE COURT:**

**Dated** 4-18-2000

______________________
DONOVAN W. FRANK
Judge of United States District Court