4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
THIRD DIVISION

| | | |
|---|---|---|
| WILLIE SADDLER BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 00-458 DWF/AJB |
| | ) | |
| BROOKLYN CENTER HOTEL, LTD., HOLIDAY INNS, INC., and REMINGTON EMPLOYERS MANAGEMENT CORPORATION, all d/b/a Holiday Inn North, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

AND NOW, this 19th day of July, 2000, after review of Defendants' Motion for Extension of Time to Designate Expert Witnesses, it is hereby ADJUDGED, ORDERED AND DECREED that said Motion is GRANTED. Defendants have up to and including September 8, 2000, to disclose the identity of any expert witness it designates and make the full disclosures required by Rule 26(a)(2)(B) accompanied by the expert's written report, if any.

U.S. ~~District Judge or~~ Magistrate Judge

FILED JUL 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________