UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Willie Saddler Bey,

Plaintiff,

vs.

Brooklyn Center Hotel, Ltd., Holiday Inns, Inc., and Remington Employers' Management Corporation, all d/b/a Holiday Inn North,

Defendants.

Case No. 00-CV-458 DWF/AJB

**STIPULATION AND ORDER**

The parties to the above-captioned action, by and through their undersigned counsel of record, hereby stipulate and agree that the Court's Pretrial Scheduling Order dated April 24, 2000 shall be and hereby is amended as follows:

1. Dispositive Motions. All dispositive motions shall be served and filed by the parties by January 8, 2001.

In all other respects, the provisions of the Pretrial Scheduling Order dated April 24, 2000 remain in full force and effect.

Dated: October 26, 2000

BABCOCK, NEILSON, MANNELLA, LAFLEUR & KLINT, P.L.L.P.

By: [signature]
Barbara A. McFadden 277927
118 East Main Street
Anoka, Minnesota 55303
(612) 421-5151

Attorneys for Plaintiff

FILED OCT 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 10/27/00

KELLY & BERENS, P.A.

By: ______________________
Erin K. Fogarty Lisle 238168
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 349-6171

STOKES & MURPHY
Carol Burkett Hawkins
Anne-Marie Mizel
3593 Hemphill Street
College Park, Georgia 30337
(404) 766-0076

Attorneys for Defendants

**ORDER**

SO ORDERED.

Dated: 10/30/00

BY THE COURT:

______________________
Arthur J. Boylan
Magistrate Judge of United States District Court