**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Willie Saddler Bey,

Plaintiff,

v.

Brooklyn Center Hotel, Ltd. and Remington Employers' Management Corporation, all d/b/a Holiday Inn North,

Defendants.

Civil No. 00-458 (DWF/AJB)

**ORDER**

---

Robert F. Mannella, Esq., Babcock Neilson Mannella LaFleur & Klint, 118 Main Street East, Anoka, MN 55303, counsel for Plaintiff.

Erin Lisle, Esq., Kelly & Berens, 3720 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402; Carol Hawkins, Esq., Stokes & Murphy, 3593 Hemphill Street, College Park, GA 30337, Anne-Marie Mizel, Esq., Mizel Law Office, 858 Kennebec Street, Pittsburgh, PA 15217, counsel for Defendants.

---

This matter is before the Court upon Plaintiff's motion for vacation of the Court's previous order granting summary judgment for the Defendant and re-entering same at a date subsequent to the hearing herein so as to reopen the time to file an appeal.

Based upon all the files, records and proceedings herein, and the Court being otherwise duly advised in the premises,

**IT IS HEREBY ORDERED**:

1. That Plaintiff's motion (Doc. No. 27) is hereby **GRANTED**; and

JAN 2 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 2 2 2002
DEPUTY CLERK

2. That the judgment and order served and filed on May 23, 2001, (Doc. No. 25) is hereby **VACATED** and **RE-ENTERED** to allow Plaintiff time to file an appeal.

Dated: January 22, 2002

DONOVAN W. FRANK
Judge of United States District Court